UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN ELAINE WEST,

                              Plaintiff,

      -against-

THE CITY OF NEW YORK, ET AL,

                            Defendants.

23-CV-2256 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the April 15, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 15, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge